■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD PERRY, Appellant. [997 NYS2d 75]—Order, Supreme

Court, New York County (Gregory Carro, J.), entered on or about January 23, 2013, which adjudicated defendant a level three sexual offender and sexual predator pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly assessed 20 points for sexual misconduct while confined, based on defendant's prison disciplinary record. Defendant's argument that points should not be assessed for consensual sexual activity that would be lawful outside of prison is similar to arguments this Court has previously rejected (*People v Perez*, 104 AD3d 403 [1st Dept 2013], *lv denied* 21 NY3d 858 [2013]; *People v Salley*, 67 AD3d 525 [1st Dept 2009], *lv denied* 14 NY3d 703 [2010]), and we find no reason to reach a different conclusion. Concur—Sweeny, J.P., Renwick, DeGrasse, Clark and Kapnick, JJ.